ACCEPTED
03-15-00553-CR
7306806
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 10:59:48 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00553-CR**

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 10:59:48 AM
JEFFREY D. KYLE
Clerk

**THE STATE OF TEXAS,**
*Appellant,*

**v.**

**PHILIP DUBORD,**
*Appellee.*

On appeal from the County Court-at-Law Number Three,
Travis County, Texas
Trial Cause No. C-1-CR-12-204755

**STATE'S MOTION TO EXTEND TIME FOR FILING ITS BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

On September 24th, the State moved to abate the appeal for further trial-court findings. This motion is still pending before the Court.

The Court's website shows that the State's brief is due on October 13th. Without supplemental findings, the State is unable to brief whether a

reasonable suspicion of criminal activity supported the initial detention in this DWI case.

## PRAYER

The State asks the Court to extend the time for filing its brief to 30 days from the date that the trial-court clerk files a supplemental record containing the necessary findings with the Third Court Clerk.

Respectfully submitted,

DAVID A. ESCAMILLA
TRAVIS COUNTY ATTORNEY

Giselle Horton
Assistant Travis County Attorney
State Bar Number 10018000
Post Office Box 1748
Austin, Texas 78767
Telephone: (512)854-9415
TCAppellate@traviscountytx.gov

ATTORNEYS FOR THE STATE OF TEXAS

**CERTIFICATE OF COMPLIANCE**

Relying on Corel WordPerfect's word-count function, I certify that this motion  complies with the word-count limitations of Tex. R. App. P. 9.4, and contains in its entirety 263 words.

_____
Giselle Horton

**CERTIFICATE OF SERVICE**

I certify that I have sent a complete and legible copy of this motion via electronic transmission, to Mr. Dubord's attorney of record, Mr. Wayne Meissner, at wmeissner@fitzgeraldmeissner.com, on October 9, 2015.

_____
Giselle Horton
Assistant Travis County Attorney